# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 9, 2023

Lyle W. Cayce
Clerk

No. 22-40732
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Walter Yovany Molina-Mendoza,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:22-CR-756-1

_____

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Walter Yovany Molina-Mendoza has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Molina-Mendoza has not filed a response. We have reviewed counsel's brief and the relevant portions of the

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40732

record reflected therein.  Because the issue of whether the district court plainly erred in awarding Molina-Mendoza three criminal history points for his deadly weapon conviction is nonfrivolous, counsel's motion for leave to withdraw is DENIED and counsel is directed to file a brief on the merits addressing this issue and any other nonfrivolous issues that counsel deems appropriate.